DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KATHERINE SIERRA,

Appellant,

v.

LEANNE GOSSAGE,

Appellee.

No. 2D2025-0657

————————————————

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Joelle Ann Ober, Judge.

Julius Adams of Atoms Law, PLLC, Tampa, for Appellant.

Leanne Gossage, pro se.


PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.